DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. FURR

No. 42 PC.

Case below: 3 N.C. App. 300.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 May 1969.


STATE v. GODWIN

No. 46 PC.

Case below: 3 N.C. App. 55.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 19 May 1969.


STATE v. SMITH

No. 48 PC.

Case below: 4 N.C. App. 261.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 19 May 1969.


YATES v. BROWN

No. 38 PC.

Case below: 4 N.C. App. 92.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 19 May 1969.